shall not affect the validity of the act or service." It is quite clear that the clerk by filing the transcript, pending the determination as to whether fees should be charged or not, extended credit to the appellant for such fee and that "the act or service" (of filing) was as valid as if the fee had been paid at the time of the filing.

If the filing fee fixed by section 1468 of the Revised Code for an appellant ·to pay in an appeal from a justice court applies, and we think it does, still we believe that the facts here clearly show that the fee was paid by the extension of credit to appellant by the clerk and that therefore the appeal should not have been dismissed.

The cause is remanded, with instructions that the order of dismissal be vacated and the appeal reinstated, and that such further proceedings be had as may be advised.

McALISTER, C. J., and LOCKWOOD, J., concur.

[Civil No. 3003. Filed June 16, 1931.]

[300 Pac. 182.]·

SAM P. MURPHREE, Appellant, v. SEVENTY-SIX CATTLE COMPANY, a Corporation, Appellee.

Mr. B. H. Gibbs, for Appellant.

Mr. J. Verne Pace and Mr. Jesse A. Udall, for Appellee.

PER CURIAM.—The record in this case, except in the matter of the party appellant and slight details immaterial to the issue involved, is the same as in *W. H. McGirk, Appellant,* v. *Seventy-Six Cattle Company, a Corporation, Appellee, ante,* p. 354, 300 Pac. 181.

Let the same order be entered in this as in the McGirk case.

[Civil No. 3010.   Filed June 16, 1931.]

[300 Pac. 182.]

CLAUD GARDNER, Appellant, v. SEVENTY-SIX CATTLE COMPANY, a Corporation, Appellee.

Mr. B. H. Gibbs, for Appellant.

Mr. J. Verne Pace and Mr. Jesse A. Udall, for Appellee.

PER CURIAM.—The record in this case, except in the matter of the party appellant and slight details immaterial to the issue involved; is the same as in *W. H. McGirk, Appellant,* v. *Seventy-Six Cattle Company, a Corporation, Appellee, ante,* p. 354, 300 Pac. 181.

Let the same order be entered in this as in the McGirk case.